# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TOMMIE LEE MCDOWELL, JR., #43340 | ) ) ) | |
| Plaintiff, | ) ) | 3:12-cv-00249-RCJ-WGC |
| vs. | ) ) | **ORDER** |
| RICHARD RIMINGTON, *et al.*, | ) ) | |
| Defendants. | ) / | |

Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is not on the proper form for a prisoner filing for *in forma pauperis* status. Moreover, the application is incomplete; the statement for plaintiff's institutional account is missing. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff will be granted the opportunity to do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully completed application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**, without prejudice to his filing a new, fully completed application.

**IT IS FURTHER ORDERED** that plaintiff shall, within **thirty (30) days** from the date of entry of this order, do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully

completed application to proceed *in forma pauperis,* on the correct form, including a financial certificate signed by an authorized prison or jail officer and a statement of his inmate trust fund account for the six months prior to the filing of his application.

**IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order, dismissal of this action may result.

**IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an application to proceed *in forma pauperis* and instructions for the same.

DATED this 30th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE