## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TOMMIE LEE McDOWELL, JR., | ) | 3:12-cv-00249-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 13, 2012 |
| RICHARD FIMINGTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's Proposed Motion for Default Judgment Pursuant to Rule 55(FRCP) (Doc. # 17) and Defendants' Motion for Enlargement of Time to File Answer to Plaintiff's Second Amended Complaint (Doc. # 18).

    Consistent with the interests of justice that matters be resolved on their substantive merits, and good cause appearing, Plaintiff's motion for default judgment (Doc. # 17) is **DENIED** and Defendants' motion for enlargement of time (Doc. # 18) is **GRANTED.**

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
        Deputy Clerk