# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TOMMIE LEE McDOWELL, JR, | ) | 3:12-cv-00249-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | February 22, 2013 |
| RICHARD RIMINGTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion (Doc. # 31) wherein Defendants request the court to Strike Plaintiff's "Notice to the Court" (Doc. # 30) pursuant to Fed. R. Civ. P. 12(f).  As Defendants note, Federal Rule of Civil Procedure 12(f) provides the court with a mechanism to strike any redundant, immaterial, impertinent or scandalous matter from the record.  However, Rule 12(f) only pertains to "pleadings."  Plaintiff's "Notice to the Court," which is admittedly an unusual filing, is not a "pleading."

Furthermore, the court does not find that  the Plaintiff's letter is either frivolous or immaterial.  Pro se filings are to be liberally construed.  *See Hughes v. Rowe*, 449 U.S. 5, 9 (1980); *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972) (per curiam); see also *Hamilton v. Brown*, 630 F.3d 889, 893 (9th Cir. 2011); *Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010); *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).  Because Plaintiff's "Notice to the Court" is not a "pleading," Defendant's motion to strike (Doc. #31) is therefore **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____

Deputy Clerk